The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: January 19 2023**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceeding |
| Kenyatta Donald-Ray Ginn and | : | Case No. 22-60993 |
| Mallory Kyle Ginn, | : | Judge John Gustafson |
| Debtors. | : | |

### JOINT STIPULATION

Now comes Chapter 13 Trustee, Dynele L. Schinker-Kuharich, and Debtors, Kenyatta Donald-Ray Ginn and Mallory Kyle Ginn, by and through the undersigned counsel, and jointly stipulate and agree to the following:

1. Part 2.1 of the Plan is hereby amended to indicate that the applicable commitment period is sixty (60) months.

2. Part 2.1 of the Plan is hereby amended to indicate that the payment shall increase to $1,429.00 per month beginning February 2025 when the orthodontist payment ends.

3. Part 2.3 of the plan is hereby amended to check box two (2) indicating that Debtors will supply the Trustee with a copy of each income tax return filed during the plan term within fourteen (14) days and will turn over to the Trustee all income tax refunds received during the plan term.

4. Part 5.1 of the Plan is hereby amended to indicate that the Chapter 7 value in the 2016 Grand Caravan shall be $3,529.00.

5. Part 5.1 of the Plan is hereby amended to indicate that the allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata, the funds remaining after disbursements have been made to all other creditors provided for in this plan.

**THEREFORE, IT IS THE ORDER OF THIS COURT** that the Plan of the Debtor(s) is amended as stated above.

###

**Submitted By:**

/s/ A. Michelle Jackson Limas
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**Approved By:**

/s/ Deborah L. Mack
Deborah L. Mack (0067347)
Counsel for Kenyatta Donald-Ray and Mallory Kyle Ginn
53 East Main Street
Lexington, OH 44904
Telephone: 419.884.4600
Facsimile: 800.410-3620
Email: Debbie@ohiofinancial.lawyer

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Deborah L. Mack, Counsel for Kenyatta Donald-Ray and Mallory Kyle Ginn, via the Court's Electronic Case Filing System at Debbie@ohiofinancial.lawyer

Kenyatta Donald-Ray Ginn, Debtor, via regular mail at:
2000 Willowood Dr. N
Mansfield, OH 44903

Mallory Kyle Ginn, Debtor, via regular mail at:
2000 Willowood Dr. N
Mansfield, OH 44903